IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITUDE INNOVATIONS LLC,<br><br>    Plaintiff,<br>  v.<br><br>PANTECH CO., LTD., ET AL.,<br><br>    Defendants. | CIVIL ACTION NO. 1:11−CV−01255−LPS |

### **STIPULATION OF DISMISSAL**

Plaintiff Digitude Innovations, LLC ("Digitude") and Defendants Pantech Co., Ltd. and Pantech Wireless, Inc. ("Pantech"), through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action is dismissed with prejudice with each party to bear its own costs.

Dated: May 8, 2012

| | |
|---|---|
| */s/ Edmond D. Johnson* | */s/ John C. Andrade* |
| Edmond D. Johnson (Del. Bar No. 2257) | John C. Andrade (Del. Bar No. 1037) |
| Pepper Hamilton LLP | Parkowski, Guerke & Swayze, P.A. |
| Hercules Plaza, Suite 5100 | 116 West Water Street |
| 1313 N. Market Street | P.O. Box 598 |
| P.O. Box 1709 | Dover, DE 19903 |
| Wilmington, Delaware 19899-1709 | (302) 678-3262 |
| (302) 777-6500 | Fax: (302) 678-9415 |
| *johnsone@pepperlaw.com* | *jandrade@pgslegal.com* |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendants Pantech Co., Ltd.* |
| *Digitude Innovations LLC* | *and Pantech Wireless, Inc.* |